FRANCES R. GILBERT and Others, Respondents; v. CURTISS-WRIGHT CORPORATION and Others, Defendants, Impleaded with RALPH S. DAMON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

ZIPPORAH HELLER, for Herself as a Stockholder of UNION CARBIDE AND CARBON CORP., and on Behalf of All Other Stockholders of UNION CARBIDE AND CARBON CORP., Similarly Situated, Respondent, v. JESSE R. RICKS and Others, Defendants, Impleaded with CARBIDE & CARBON MANAGEMENT CORPORATION and UNION CARBIDE AND CARBON CORP., Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

ELIZABETH MEYERSON, Appellant, v. MARY COHEN and ALEX COHEN, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HERMAN S. WHALEY, Petitioner, Appellant, for a Peremptory Mandamus Order or in the Alternative for an Alternative Mandamus Order against FRIEDA S. MILLER, Individually and as Industrial Commissioner of the New York State Department of Labor, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL WOLF, Suing on Behalf of Himself and on Behalf of All Stockholders of JEFFERSON AUTO PARKING Co., INC., Similarly Situated, Appellant, v. BERNARD F. STERN and C & N SENDER, INC., Respondents, and JEFFERSON AUTO PARKING Co., INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUISE GUILDEN, Respondent, v. IRA GUILDEN, Appellant.— Order unanimously modified by granting items 4 and 5 of the notice of motion, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Proceedings Supplementary to Judgment: MANUFACTURERS TRUST COMPANY, Judgment Creditor, Respondent, v. HENRY BRAVIN, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [177 Misc. 83.]

In the Matter of the Application of PAUL H. WASMUND and Others, Petitioners, Respondents, Appellants, against FIORELLO H. LAGUARDIA, as Mayor, and Others, Appellants, Respondents.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MAX VAN DER VEEN, Respondent, v. AMSTERDAMSCHE BANK, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.